**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN WU, on behalf of himself and others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. d/b/a Amazon.com, et al.,<br><br>            Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 17-CV-02759-JS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that this matter has been resolved by binding arbitration. It is further stipulated and agreed that all claims in the above-captioned action are dismissed in their entirety, with prejudice, with all parties to bear their own fees and costs.

Dated: July 31, 2020

TROY & ASSOCIATES, PLLC

By:   /s/ John Troy
       John Troy
       41-25 Kissena Blvd., Suite 103
       Flushing, NY 11355
       Tel.: (718) 762-1324
       troylaw@troypllc.com

*Attorneys for Plaintiffs*

BARTON LLP

By:   [signature]
       Alan T. Gallanty
       711 Third Avenue, 14th Fl.
       New York, NY 10017
       Tel.: (212) 885-8850
       agallanty@bartonesq.com

*Attorneys for Defendants SOS Logistics, LLC, Michael Lavelle, and Robert Doe a/k/a Bob Doe*

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Jason D. Burns/ATB*
Jason D. Burns

101 Park Avenue
New York, NY 10178
Tel.: (212) 309-6000
Jason.burns@morganlewis.com

James P. Walsh

502 Carnegie Center
Princeton, NJ 08540
Tel.: (609) 919-6600
James.walsh@morganlewis.com

*Attorneys for Defendant Amazon Logistics, Inc.*

SO ORDERED:

_____
HON. JOANNA SEYBERT, U.S.D.J.

Dated: _____

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2020 I caused the foregoing document to be electronically filed with the Clerk of Court by using the CM/ECF system, which will serve all counsel of record.

*[signature]*